JAMES A. SULLIVAN, PLAINTIFF-APPELLANT, v. EDWARD P. STOUT, DEFENDANT-RESPONDENT.

Submitted February 11, 1938—Decided April 29, 1938.

310

For the appellant, *James A. Sullivan, pro se.*

For the respondent, *Edward P. Stout, pro se.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge Ackerson in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 16.

*For reversal*—None.